COOLEY LLP
REUBEN H. CHEN (228725)
rchen@cooley.com
BENJAMIN S. LIN (232735)
blin@cooley.com
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:     +1 650 843 5000
Facsimile:      +1 650 849 7400

Attorneys for Defendant
LocoNav, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LOCONAV, INC.,<br><br>Defendant. | Case No. 3:22-cv-00220<br><br>**STIPULATION EXTENDING THE DATE TO RESPOND TO THE COMPLAINT** |

On January 12, 2022, Plaintiff Social Positioning Input Systems, LLC. ("SPIS") filed a Complaint against Defendant LocoNav, Inc. ("LocoNav") and served its Complaint on LocoNav on January 20, 2022.

On February 7, 2022, counsel for SPIS agreed to a 30-day extension of time for LocoNav to answer or otherwise respond to the Complaint.

Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED between SPIS and Loconav, Inc., through their counsel of record herein, that Loconav, Inc. will have to and including **March 14, 2022**, to answer or otherwise respond to the Complaint. No other request for extension has previously been submitted in this matter.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION EXTENDING THE DATE TO
RESPOND TO THE COMPLAINT
3:22-CV-00220

Dated: February 8, 2022                         COOLEY LLP

                                                By:  /s/ Reuben H. Chen
                                                     Reuben H. Chen
                                                     Benjamin S. Lin

                                                Attorneys for Defendant
                                                LocoNav, Inc.

Dated: February 8, 2022                         SML AVVOCATI P.C.


                                                By:  /s/ Stephen M. Lobbin
                                                     Stephen M. Lobbin

                                                Attorneys for Plaintiff
                                                Social Positioning Input Systems, LLC

## ATTESTATION

Pursuant to Civ. L. R. 5-1(h)(3), the undersigned hereby attests that concurrence in the filing of the Stipulation Extending the Date to Respond to the Complaint has been obtained from each of the other signatory.

Dated: February 8, 2022                         COOLEY LLP

                                                By:  /s/ Reuben H. Chen
                                                     Reuben H. Chen

                                                Attorneys for Defendant
                                                LocoNav, Inc.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATION EXTENDING THE DATE TO
RESPOND TO THE COMPLAINT
3:22-CV-00220